IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LANCE THORNE,                          §
Institutional ID No. 1578656,          §
                                       §
          Plaintiff,                   §
                                       §   CIVIL ACTION NO. 5:23-CV-229-BV
v.                                     §
                                       §
KELLY S. ROWE, *et al.*,               §
                                       §
          Defendants.                  §

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged

therein are dismissed without prejudice under FED. R. CIV. P. 41(b).

**SO ORDERED.**

Dated: September 16, 2024.

_____

**AMANDA AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**